No. 10205. Application of DAVID DAWSON for Writ of Habeas Corpus.

Submitted December 5, 1960.

Decided December 6, 1960.

357 P.2d 49.

MR. CHIEF JUSTICE HARRISON:

Original habeas corpus proceeding brought by David Dawson, an inmate of the Montana State Prison.

It appearing that the application is without merit, the writ is denied and the proceeding is dismissed.

MR. JUSTICES ANGSTMAN and CASTLES concur.